UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALVIN DAMPIER,<br><br>                Plaintiff,<br><br>    v.<br><br>KING COUNTY SHERIFF'S DEPUTY DONAGLIA, *et al*.,<br><br>                Defendant. | CASE NO.  C05-1954-MJP-MJB<br><br>ORDER STRIKING REQUESTS FOR ADDITIONAL TIME |

      This is a civil rights action brought under 42 U.S.C. 1983.  Plaintiff is proceeding *pro se* and *in forma pauperis*.  On April 14, 2006, this Court issued an Order setting forth a series of pretrial deadlines.  Among the deadlines set was a discovery deadline of July 10, 2006, and a dispositive motion filing deadline of August 10, 2006.  (*See* Dkt. No. 16.)  On July 28, 2006, the Clerk received a letter from plaintiff asking that he be granted an extension of time.  He indicated in his letter that he hadn't had access to his legal work because he had been in segregation for a period of thirty days because he had been transferred to another facility.  The Clerk construed plaintiff's letter as a motion for extension of time and posted it as such.

ORDER STRIKING REQUESTS
FOR ADDITIONAL TIME – 1

On August 7, 2006, the Court received from plaintiff a "Motion to Amend Case Schedule." In that motion, plaintiff requests an extension of time from August 7, 2006, to November 6, 2006. However, those dates do not correspond with any pending deadline and it is therefore not clear what it is plaintiff requires additional time to do. In addition, it does not appear from the record that plaintiff has provided copies of either his July 28, 2006, letter, or his motion to amend, to counsel for defendants.

Based upon the foregoing, the Court does hereby ORDER as follows:

(1) Plaintiff's motion for an extension of time (Dkt. No. 24) and plaintiff's motion to amend the case schedule (Dkt. No. 25) are STRICKEN. Because plaintiff has never served his requests for extension of time on counsel for defendants, they are not properly before the Court. If plaintiff wishes for the Court to consider his requests for additional time, he must file his motion with the Court, assign a proper noting date to the motion in accordance with Local Rule CR 7, and serve the motion on counsel for defendants so that counsel has an opportunity to respond to the motion.

Should plaintiff choose to re-file his motion for extension of time, he must set forth with specificity why he requires the additional time; *i.e.*, to conduct discovery, respond to defendants' summary judgment motion, etc., and he must set forth how much time he believes will be required to accomplish each task. At this juncture, the discovery and dispositive motion filing deadlines have passed. Thus, unless plaintiff properly requests, and is granted, an extension of time, plaintiff will not be permitted to conduct any further discovery or to file a dispositive motion.

ORDER STRIKING REQUESTS
FOR ADDITIONAL TIME – 2

   (2) The Court notes that defendants filed a timely motion for summary judgment on August 9, 2006, which is noted on the Court's calendar for consideration on September 8, 2006. Plaintiff's response to that motion is due not later than September 5, 2006. Plaintiff is referred to this Court's Order Re: Pretrial Preparations which describes the consequences to plaintiff if he fails to file a timely and proper response to defendants' summary judgment motion. (*See* Dkt. No. 16 at 2.)

   (3) The Clerk is directed to send copies of this Order to plaintiff, to counsel for defendants, and to the Hon. Marsha J. Pechman.

   DATED this 25th day of August, 2006.

_____
MONICA J. BENTON
United States Magistrate Judge

ORDER STRIKING REQUESTS
FOR ADDITIONAL TIME – 3