UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALVIN DAMPIER,<br><br>                   Plaintiff,<br><br>          v.<br><br>KING COUNTY SHERIFF'S DEPUTY<br>DONAGLIA, *et al.*,<br><br>                   Defendant. | CASE NO.  C05-1954-MJP-MJB<br><br>ORDER ON PENDING MOTIONS<br>RE: CASE SCHEDULING |

This is a civil rights action brought under 42 U.S.C. § 1983. Plaintiff is proceeding *pro se* and *in forma pauperis*. On August 9, 2006, defendants filed a motion for summary judgment which was noted on the Court's calendar for consideration on September 8, 2006. Plaintiff has filed no response to that motion. Also pending before the Court are plaintiff's motion to amend the case schedule and defendants' motion for relief from the deadline for filing a joint pretrial statement.

ORDER ON PENDING MOTIONS
RE: CASE SCHEDULING – 1

The Court, having reviewed the pending motions, does hereby find and ORDER as follows:

(1) Plaintiff's motion to amend the case schedule (Dkt. No. 28) is STRICKEN because it does not appear from the record that plaintiff ever served a copy of his motion on counsel for defendants as required by Local Rule CR 7(b).

(2) Defendants' motion for relief from the deadline for filing a joint pretrial statement (Dkt. Nos. 29 and 30) is GRANTED. The joint pretrial statement deadline is STRICKEN to be re-set, if necessary, after the Court rules on defendants' pending summary judgment motion.

(3) The Clerk is directed to send copies of this Order to plaintiff, to counsel for defendants, and to the Hon. Marsha J. Pechman.

DATED this 25th day of October, 2006.

/s/ M. J. Benton
MONICA J. BENTON
United States Magistrate Judge

ORDER ON PENDING MOTIONS
RE: CASE SCHEDULING – 2